# IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
# IN AND FOR PASCO COUNTY, FLORIDA
# CIVIL DIVISION

**ALISHA ALVAREZ and**
~~**PETE ALVAREZ, her husband,**~~

    **Plaintiffs,**

v.                                                                     Case No.:   512010-CA-0047
                                                                        Division:    G

**KMART CORPORATION,**
**a foreign corporation**

    **Defendant.**
_____/

## DEFENDANT KMART CORPORATION'S NOTICE OF SERVING
## INTERROGATORIES TO PLAINTIFF ALISHA ALVAREZ

Defendant Kmart Corporation ("Kmart"), pursuant to Florida Rule of Civil Procedure 1.340, serves this Notice of Serving Interrogatories numbered 1 to 24 to Plaintiff Alisha Alvarez.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon

Springs, Florida 34689, this 1st day of December, 2010.

_____
H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**PLEASE SEND DOCUMENTS TO BOTH ADDRESSES.**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

ALISHA ALVAREZ and
PETE ALVAREZ, her husband,

    Plaintiffs,

v.                               Case No.:  512010-CA-0047
                                 Division:  G

KMART CORPORATION,
a foreign corporation

    Defendant.
_____/

### DEFENDANT KMART CORPORATION'S NOTICE OF SERVICE OF CONSORTIUM INTERROGATORIES TO PLAINTIFF PETE ALVAREZ

Defendant Kmart Corporation, pursuant to Florida Rule of Civil Procedure 1.340, hereby files its Notice of Serving Consortium Interrogatories to Plaintiff Pete Alvarez, numbered one (1) through twenty-one (21).

### CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon

Springs, Florida 34689, this 1st day of December, 2010.

_____
H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**PLEASE SEND DOCUMENTS TO BOTH ADDRESSES.**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

ALISHA ALVAREZ and
~~PETE ALVAREZ, her husband,~~

Plaintiffs,

v.

Case No.: 512010-CA-0047
Division: G

KMART CORPORATION,
a foreign corporation

Defendant.
_____/

## DEFENDANT KMART CORPORATION'S
## REQUEST FOR ADMISSIONS TO PLAINTIFFS

Defendant Kmart Corporation ("Kmart"), pursuant to Florida Rule of Civil Procedure 1.370, serves the following Request for Admissions to Plaintiffs Alisha Alvarez and Pete Alvarez.

### REQUEST FOR ADMISSION NO. 1:

Admit you are seeking damages in excess of $75,000, exclusive of interest and costs.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon

Springs, Florida 34689, this 1st day of December, 2010.

_____
H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**PLEASE SEND DOCUMENTS TO BOTH ADDRESSES.**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

3773765                              2

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

ALISHA ALVAREZ and
PETE ALVAREZ, her husband,

Plaintiffs,

v.                                                          Case No.:    512010-CA-0047
                                                            Division:    G

KMART CORPORATION,
a foreign corporation

Defendant.
_____/

### DEFENDANT KMART CORPORATION'S
### REQUEST FOR PRODUCTION TO PLAINTIFFS

Defendant Kmart Corporation ("Kmart"), pursuant to Florida Rule of Civil Procedure 1.350, serves the following Request for Production numbered 1 to 50 to Plaintiffs Alisha Alvarez and Pete Alvarez.

### REQUEST TO PRODUCE NO. 1:

All photographs, videotapes or films of the scene of the accident, of plaintiff in her injured condition, of any reenactment of the incident or any other photographs, videotapes or films that relate to the subject accident.

### REQUEST TO PRODUCE NO. 2:

All photographs, negatives, contact sheets, videotapes or enlargements of photographs in the possession of you, your attorneys or agents which depict the scene of the subject accident.

### REQUEST TO PRODUCE NO. 3:

All reports, diagrams, drawings or photographs from any and all experts who you intend to utilize at the trial of this cause.

### REQUEST TO PRODUCE NO. 4:

All medical bills, including but not limited to, doctors, hospitals, prescriptions, therapists, that are related to damages allegedly suffered as a result of this accident.

**REQUEST TO PRODUCE NO. 5:**

Hospital records, including x-rays concerning all hospitalizations which plaintiff claims resulted from the subject accident.

**REQUEST TO PRODUCE NO. 6:**

Medical records, x-rays, opinions or other written memoranda from doctors, nurses or other medical practitioners or expert witnesses containing information concerning the injuries and/or damage allegedly sustained by plaintiff as a result of the subject accident.

**REQUEST TO PRODUCE NO. 7:**

Records of plaintiff for any medical treatment or any hospitalizations within the twenty (20) years immediately preceding the date of the subject accident.

**REQUEST TO PRODUCE NO. 8:**

Records of plaintiff for any medical treatment or any hospitalizations for the same or substantially similar injuries as those claimed by plaintiffs in this case.

**REQUEST TO PRODUCE NO. 9:**

Records of plaintiff for any medical treatment or any hospitalizations from the date of the subject accident to the present.

**REQUEST TO PRODUCE NO. 10:**

All receipts, bills, canceled checks, statement or other documents representing expenses incurred as a result of the subject accident and injuries complained of by plaintiff.

**REQUEST TO PRODUCE NO. 11:**

All bills, records, reports or documentary evidence of any kind concerning any psychiatric, psychological or personal counseling care rendered to plaintiff within the twenty (20) years immediately preceding the date of the subject accident.

**REQUEST TO PRODUCE NO. 12:**

All bills, records, reports or documentary evidence of any kind concerning any psychiatric, psychological or personal counseling care rendered to plaintiffs from the date of the subject accident to the present.

2

**REQUEST TO PRODUCE NO. 13:**

All school records, reports and transcripts concerning the injured plaintiff for the attendance in high school, junior college, college or other vocational training.

**REQUEST TO PRODUCE NO. 14:**

All settlement documents, releases, indemnity agreement, hold harmless agreements, "Mary Carter" agreements of any kind dealing with the damages you allege as a result of the subject accident.

**REQUEST TO PRODUCE NO. 15:**

All lawsuit and/or claim forms or other documents evidencing any claim for damages against you as a result of the subject accident.

**REQUEST TO PRODUCE NO. 16:**

All papers, receipts, bills or other written documents of any kind which evidence monies expended by you or anyone on your behalf for services which would have been performed by the injured plaintiff, had the injuries which you allege in this accident not occurred.

**REQUEST TO PRODUCE NO. 17:**

All papers, receipts, bills or other written documents of any kind which evidence expenses other than physicians or hospital bills allegedly incurred as a result of the subject accident including, but not limited to, those for orthotic devices, household expenses, etc.

**REQUEST TO PRODUCE NO. 18:**

Each item of tangible evidence that was removed from the scene of the accident.

**REQUEST TO PRODUCE NO. 19:**

A copy of any and all policies of insurance that may provide benefits or coverage to the plaintiffs in this action for any claimed injury or damage resulting from this accident including, but not limited to, disability and health.

**REQUEST TO PRODUCE NO. 20:**

All claim forms, applications for benefits and written documents of any kind which evidence application for or receipt of or claim for health, disability or personal injury protection benefits allegedly necessitated by the subject accident.

### REQUEST TO PRODUCE NO. 21:

The name and address of any person from whom you or your attorney or their representative have obtained a written or recorded statement and date taken.

### REQUEST TO PRODUCE NO. 22:

All graphs, charts and other documentary evidence of the scene, parties or pertaining to the subject accident and issues in this case.

### REQUEST TO PRODUCE NO. 23:

A copy of all pleadings, discovery or other materials compiled pertaining to any lawsuit, worker's compensation claim, longshoreman's claim or any other claim which involved or does involve the plaintiffs.

### REQUEST TO PRODUCE NO. 24:

All documentation relating to any insurance claim from the subject accident..

### REQUEST TO PRODUCE NO. 25:

All documentation relating to any claim from any insurance company relating to previous or subsequent accident or occurrences involving plaintiff.

### REQUEST TO PRODUCE NO. 26:

Any resumes and curriculum vitae for each and every expert you intend to utilize at the trial of the cause.

### REQUEST TO PRODUCE NO. 27

Any report by any expert retained in this case who you intend to utilize at the trial of this cause.

### REQUEST TO PRODUCE NO. 28

All statements, whether written or recorded by any means, made by any of the defendants to this litigation, including the defendant's agents, representatives, including employees currently employed or previously employed by Defendants.

### REQUEST TO PRODUCE NO. 29

A copy of all written or transcribed statements made or given by you relating to or pertaining to the subject accident.

4

**REQUEST TO PRODUCE NO. 30**

A copy of all written or transcribed statements made or given by any witness relating to or pertaining to the subject accident.

**REQUEST TO PRODUCE NO. 31**

All documents, receipts, checks or invoices reflecting the total amount of collateral source benefits paid as a result of the incident which is the subject of this litigation. For the purposes of this request "collateral sources" includes, but is not limited to, any payments made to the plaintiff or on her behalf by or pursuant to:

a) United States Social Security Act;

b) Any Federal, state or local disability acts or other public programs providing medical expenses, disability payments or other similar benefits;

c) Any health, sickness or income disability insurance and any similar insurance benefits available to the plaintiffs whether purchased by them or provided by others;

d) Any contract or other agreement of any group, organization, partnership or corporation to pay for or reimburse the cost of hospital, medical, dental or other healthcare services;

e) Any contractual voluntary wage contribution plan provided by employers or any other system intended to provide wages during the period of disability.

**REQUEST TO PRODUCE NO. 32**

All certificates, awards of evidence of achievement or recognition from any and all clubs, public services activities, armed service or charities pertaining to you.

**REQUEST TO PRODUCE NO. 33**

Records of plaintiff for any medical treatment or any hospitalizations for the same or substantially similar injuries as those claimed by plaintiff in this case.

**REQUEST TO PRODUCE NO. 34**

Copies of all cancelled checks issued by Plaintiff within six months before the subject accident, and copies of all cancelled checks issued by Plaintiff since the subject accident.

**REQUEST TO PRODUCE NO. 35**

Any and all marriage certificates for any marriage to which you were a party both prior to and subsequent to the date of the subject accident.

### REQUEST TO PRODUCE NO. 36

Any and all divorce decrees, if any exist, for any divorces in which you were a party both prior to and subsequent to the date of the subject accident.

### REQUEST TO PRODUCE NO. 37

Any and all articles of clothing including shoes, pants, shirt and belts which were worn on the date and time of the subject accident, excluding all undergarments.

### REQUEST TO PRODUCE NO. 38

All income tax returns which you have filed, or which have been filed on your behalf, in the last ten (10) years.

### REQUEST TO PRODUCE NO. 39

All cell phone records, including but not limited to bills and invoices, for the 12 hours preceding and the 12 hours after the subject accident.

### REQUEST TO PRODUCE NO. 40

Copies of all Plaintiff's credit card statements for the six month period before the subject accident reflecting funds expended for medical treatment, medical diagnoses, medicines, medications, prescriptions, counseling, leisure activities (examples include hobbies, going to the movies, going to restaurants, going on vacations), medical condition(s), medical treatment or the subject accident, and a copy of the same maintained by Plaintiff since the accident.

### REQUEST TO PRODUCE NO. 41

Copies of all Plaintiff's bank account statements for the six month period before the subject accident reflecting funds expended for medical treatment, medical diagnoses, medicines, medications, prescriptions, counseling, leisure activities (examples include hobbies, going to the movies, going to restaurants, going on vacations), medical condition(s), medical treatment or the subject accident, and a copy of the same maintained by Plaintiff since the accident.

### REQUEST TO PRODUCE NO. 42

All photographs of Plaintiff taken on any of Plaintiff's vacation(s) six months before the subject accident and all photographs of Plaintiff taken on any of Plaintiff's vacation(s) since the accident.

**REQUEST TO PRODUCE NO. 43**

All video recordings of Plaintiff taken on any of Plaintiff's vacation(s) six months before the subject accident and all video recordings of Plaintiff taken on any of Plaintiff's vacations since the subject accident.

**REQUEST TO PRODUCE NO. 44**

A copy of all pages contained in Plaintiff's passport.

**REQUEST TO PRODUCE NO. 45**

A copy of all pages of any day planner, diary or calendar maintained by Plaintiff six months before the subject accident regarding or discussing Plaintiff's physical condition, mental condition, emotional condition, physical activities, physical limitations, leisure activities (examples include hobbies, going to the movies, going to restaurants, going on vacations), medical condition, medical treatment or the subject accident, and a copy of the same maintained by Plaintiff since the accident.

**REQUEST TO PRODUCE NO. 46**

A copy of all e-mails written by Plaintiff six months before the subject accident regarding or discussing Plaintiff's physical condition, mental condition, emotional condition, physical activities, physical limitations, leisure activities (examples include hobbies, going to the movies, going to restaurants, going on vacations), medical condition, medical treatment or the subject accident, and a copy of the same written by Plaintiff since the accident.

**REQUEST TO PRODUCE NO. 47**

Applications for long term disability insurance coverage.

**REQUEST TO PRODUCE NO. 48**

Applications for life insurance coverage.

**REQUEST TO PRODUCE NO. 49**

Applications for health insurance coverage.

**REQUEST TO PRODUCE NO. 50:**

A completed Form SSA-3288, Social Security Administration Consent for Release of Information (Attached).

**REQUEST TO PRODUCE NO. 51:**

A completed Form SSA-7050-F4, Request for Social Security Earnings Information (Attached).

**REQUEST TO PRODUCE NO. 52:**

A completed Authorization Form 4506, Request for Copy or Transcript of Tax Return (Attached).

**REQUEST TO PRODUCE NO. 53:**

A completed Authorization to Florida Medicaid (Attached).

**REQUEST TO PRODUCE NO. 54:**

A completed Authorization to Medicare to Disclose Personal Health Information (Attached).

**REQUEST TO PRODUCE NO. 55:**

A completed Authorization to Centers for Medicare & Medicaid Services (Attached).

**REQUEST TO PRODUCE NO. 56:**

A completed Authorization to Medicare for Consent to Release (Attached).

**REQUEST TO PRODUCE NO. 57:**

A completed Authorization to Medicare, Lien Department (Attached).

**REQUEST TO PRODUCE NO. 58:**

A completed Authorization to Medicare, First Coast Service Options, Freedom of Information (Attached).

It is requested that the aforesaid production be made within thirty (30) days from the below service date at the offices of Rumberger, Kirk & Caldwell, P.A., 100 North Tampa Street, Suite 2000, Tampa, Florida 33602.

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon

Springs, Florida 34689, this 1st day of December, 2010.

*/s/ H. Jacey Kaps*

H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**PLEASE SEND DOCUMENTS TO BOTH ADDRESSES.**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

3773817

9

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

ALISHA ALVAREZ and
PETE ALVAREZ, her husband,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　Case No.:　512010-CA-0047
　　　　　　　　　　　　　　　　　　　Division:　G

KMART CORPORATION,
a foreign corporation

    Defendant.
_____/

## NOTICE OF TAKING DEPOSITIONS

TO:  Eduardo R. Latour, Esq.
      Latour & Associates, P.A.
      135 East Lemon Street
      Tarpon Springs, Florida 34689

YOU WILL PLEASE TAKE NOTICE that the undersigned attorneys for **Defendant Kmart Corporation,** will take the depositions of the following persons, at the times and places indicated below, upon oral examination and stenographic means before Veritext, or any other Notary Public authorized by law to take depositions:

NAME:     Alisha Alvarez
DATE:     Friday, March 11, 2011
TIME:     9:00 a.m.
LOCATION: Michael Musetta & Associates
             6328 US Highway 19 North
             Suite B
             New Port Richey, Florida 34652

NAME:     Pete Alvarez
DATE:     Friday, March 11, 2011
TIME:     Immediately Following Alisha Alvarez
LOCATION: Michael Musetta & Associates
             6328 US Highway 19 North

Suite B
New Port Richey, Florida 34652

These depositions are being taken for the purpose of discovery, for use as evidence and for such other uses and purposes as are permitted under the Florida Rules of Civil Procedure and other applicable law.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail and Facsimile to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon Springs, Florida 34689, this 6th day of December, 2010.

H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**THESE DEPOSITIONS WILL CONTINUE FROM DAY TO DAY UNTIL COMPLETION**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

cc: Veritext *(via electronic mail)*

3785405

2

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR PASCO COUNTY
CIVIL DIVISION

ALISHA ALVAREZ and
PETE ALVAREZ, her husband,

    Plaintiffs,

                                     Case No.:    51-2010-CA-0047
                                     Division:    G

vs.

KMART CORPORATION,
A foreign corporation,

    Defendant.
_____/

## RESPONSE BY PLAINTIFFS TO REQUEST FOR ADMISSIONS

      **COME NOW** the Plaintiffs, ALISHA ALVAREZ and PETE ALVAREZ, her husband, by and through the undersigned attorney, and files this Response To Request For Admissions, propounded by the Defendant, KMART CORPORATION, on December 1, 2010, as follows:

    1.    Admit.

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. Mail to: H. Jacey Kaps, Esq., Bayview Centre, #3000, 80 S.W. 8th Street, Miami, FL 33130, on this _____30_____ day of DECEMBER 2010.

                                                        _____
                                                         Eduardo R. Latour, Esquire
                                                         LATOUR & ASSOCIATES, P.A.
                                                         135 East Lemon Street
                                                         Tarpon Springs, Florida 34689
                                                         727/937-9577
                                                         FBN: 279994
                                                           Attorney for Plaintiff

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, FLORIDA
CIVIL DIVISION

ALISHA ALVAREZ and
PETE ALVAREZ, her husband,

    Plaintiffs,

v.                                            Case No.:   512010-CA-0047
                                                Division:   G

KMART CORPORATION,
a foreign corporation

    Defendant.
_____/

## DEFENDANT KMART CORPORATION'S
## NOTICE OF FILING NOTICE OF REMOVAL

YOU ARE HEREBY NOTIFIED that the attached copy of the Notice of Removal to the United States District Court for the Middle District of Florida was filed with the Clerk of the District Court at Tampa, Florida, on the 13th day of January, 2011. Pursuant to 28 U.S.C. section 1446(d), this Court shall proceed no further in this cause unless and until this action is remanded to state court. Absent the entry of a remand order by the District Court, this Court is divested of jurisdiction in this cause and is thereby requested to stay all further proceedings.

YOU ARE FURTHER HEREBY NOTIFIED that this Notice of Filing Notice of Removal incorporates by reference all requirements of 28 U.S.C. section 1446.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY a true and correct copy of the foregoing has been furnished by U.S. mail to Eduardo R. Latour, Esq., Latour & Associates, P.A., 135 East Lemon Street, Tarpon


EXHIBIT D

Springs, Florida 34689, this 13th day of January, 2011.

*[signature]*

H. JACEY KAPS
Florida Bar No. 0056677
RUMBERGER, KIRK & CALDWELL
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580
jkaps@rumberger.com

**PLEASE SEND DOCUMENTS TO BOTH ADDRESSES.**

and

WILLIAM P. KEITH
Florida Bar No. 0059111
RUMBERGER, KIRK & CALDWELL, P.A.
100 North Tampa Street, Suite 2000
Post Office Box 3390
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Telecopier: (813) 221-4752
bkeith@rumberger.com

*Attorneys for Defendant Kmart Corporation*

3849791